IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
HELENA DIVISION

| | |
|---|---|
| QUINCY DEAN PFISTER,<br><br>Plaintiff,<br><br>v.<br><br>THOMAS BLOMQUIST,<br><br>Defendant. | Case No. CV 24-38-H-DWM<br><br><br><br>**ORDER** |

Defendant Thomas Blomquist has moved the Court for a dismissal, with prejudice, and provided a copy of a signed stipulation by Plaintiff Quincy Pfister supporting Defendant's Motion. (Doc. 24.)

Accordingly, IT IS HEREBY ORDERED:

1. The referral for mediation dated April 29, 2025, is WITHDRAWN. (Doc. 23.)

2. Defendant's motion is GRANTED. (Doc. 24.) This matter is dismissed, pursuant to stipulation. The Clerk of Court is directed to close the matter and enter judgment.

Dated this 1st day of May, 2025

Donald W. Molloy, District Judge
United States District Court